UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
\_\_\_\_\_

CHRISTOPHER ALLEN KINGSLAND,

        Petitioner,              Case No. 2:20-cv-71

v.                                    Honorable Paul L. Maloney

SARA SCHROEDER,

        Respondent.
_____/

## **ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated: June 29, 2020                        /s/ Paul L. Maloney
                                                               Paul L. Maloney
                                                                United States District Judge