UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

CHRISTOPHER ALLEN KINGSLAND,

        Petitioner,               Case No. 2:20-cv-71

v.                                Honorable Paul L. Maloney

SARA SCHROEDER,

        Respondent.
_____/

**JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for failure to raise a meritorious federal claim.


Dated:  June 29, 2020                     /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge